1024

No. 794. HOFFA *v.* UNITED STATES;

No. 795. PARKS *v.* UNITED STATES;

No. 796. CAMPBELL *v.* UNITED STATES; and

No. 797. KING *v.* UNITED STATES. C. A. 6th Cir. Motion of the Criminal Courts Bar Association of Los Angeles for leave to file a brief, as *amicus curiae* in No. 794, granted. The petitions for writs of certiorari are also granted limited to the following question:

"Whether evidence obtained by the Government by means of deceptively placing a secret informer in the quarters and councils of a defendant during one criminal trial so violates the defendant's Fourth, Fifth and Sixth Amendment rights that suppression of such evidence is required in a subsequent trial of the same defendant on a different charge."

The cases are consolidated and a total of three hours is allotted for oral argument. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this motion or these petitions.

*Morris A. Shenker* and *Joseph A. Fanelli* for petitioner in No. 794. *Jacques M. Schiffer* for petitioner in No. 795. *Cecil D. Branstetter* for petitioner in No. 796. *P. D. Maktos, John Maktos, Moses Krislov* and *Harold E. Brown* for petitioner in No. 797. *Solicitor General Marshall, Assistant Attorney General Vinson, Nathan Lewin* and *Robert S. Erdahl* for the United States. *Morris Levine* for Criminal Courts Bar Association of Los Angeles, as *amicus curiae,* in support of the petition in No. 794. Reported below: 349 F. 2d 20.

No. 811. LEWIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *S. Myron Klarfeld* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.